Robert Whitehill, Appellant, v. Hartman Construction Company, Respondent.— Judgment of the Appellate Term affirmed, with costs, on

the opinion of Mr. Justice Blackmar (reported in 87 Misc. Rep. 184). Thomas, Stapleton and Rich, JJ., concurred; Jenks, P. J., dissented upon the dissenting opinion of Mr. Justice Kelly at the Appellate Term, with whom Burr, J., concurred.